IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NICHOLAS ARMAND CLAY, Petitioner, | ) | |
| v. | ) | 1:13CV629<br>1:11CR304-1 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 35) is **DENIED** and that this action is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk forward the Order and Recommendation to David Jay Bernstein, along with a warning not to engage in ghostwriting in this court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk forward the Order and Recommendation to the State Bars of Florida and North Carolina.

Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a

debatable procedural ruling, a certificate of appealability is not issued.

This the 27th day of July, 2015.

William L. Osteen, Jr.
United States District Judge